# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME: Michael Belverud            CASE NO: 16-13494

FOR:
- ✓ DEBTOR
- ☐ JOINT DEBTOR
- ☐ CREDITOR
- ☐ ATTORNEY ( Please include Bar ID Number _____ )
- ☐ PLAINTIFF
- ☐ DEFENDANT

**OLD ADDRESS:**

NAME: Michael Belverud

ADDRESS: 16606 35th Ave S Seatac, WA 98188

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: Michael Belverud

ADDRESS: 437 Jasmine Lane, Prescott, AZ 86301

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/Mark Ditton                    Date 9/4/18

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

**(a) Written Notice of Change of Address, Phone, Email Address**. ECF filers shall comply with Local Bankruptcy Rule 5005-1(a)(3) to accomplish changes of address, telephone number and email address, and shall not file a document or pleading with the court. A written notice of change of address, telephone number, and email address for non-ECF filers must be filed with the court and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

**(b) Conclusive Address**. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.